Jeremy Pasternak (SBN 181618)
Anthony Oceguera (SBN 259117)
LAW OFFICES OF JEREMY PASTERNAK
445 Bush St., Sixth Floor
San Francisco, Ca 94108
Telephone: (415) 693-0300
Fax: (415) 693-0393
jdp@pasternaklaw.com
ao@pasternaklaw.com

Attorneys for Plaintiff
LOURDES HAMMER

COOLEY LLP
SETH A. RAFKIN (199166)
(sfrakin@cooley.com)
KRAIG D. JENNETT (261019)
(kjennett@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6240

Attorneys for Defendants
CA, Inc. and Computer Associates International, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES HAMMER, an individual, | Case No. C 10-01942 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DATE BY WHICH TO COMPLETE ADR PROCESS** |
| v. | |
| COMPUTER ASSOCIATES INTERNATIONAL, INC., a Delaware Corporation; CA Inc., a business entity form unknown; and Does 1 through 20, inclusive, | |
| Defendants. | |

The parties, Plaintiff Lourdes Hammer and Defendants CA, Inc. and Computer Associates International, Inc., through their respective counsel, hereby stipulate as follows:

WHEREAS, This Court originally ordered that an ADR session be completed in this matter by November 24, 2010;

1  WHEREAS, Due to commitments of the parties, their counsel, and Barbara S. Bryant, the
2 Mediator assigned to this case, a mediation session has been set for January 25, 2011; and
3  WHEREAS, all parties, their representatives, counsel, and Ms. Bryant are available on
4 such date and no prior date was available despite the significant efforts of those involved; and
5  THEREFORE, the parties collectively request that the Court issue an Order extending the
6 date by which to hold an ADR process to and including January 25, 2011.

DATED: November 15, 2010                COOLEY LLP

By  /s/ Kraig D. Jennett
          SETH A. RAFKIN
          KRAIG D. JENNETT
          Attorneys for Defendants
          CA, INC. AND COMPUTER
          ASSOCIATES INTERNATIONAL,
          INC.

DATED: November 15, 2010                LAW OFFICES OF JEREMY PASTERNAK

By  /s/ Anthony Oceguera
          JEREMY PASTERNAK
          ANTHONY OCEGUERA
          Attorneys For Plaintiff
          LOURDES HAMMER

**ORDER**

Pursuant to the parties' stipulation above and good cause otherwise appearing, the Court orders that the parties may have to and including January 25, 2011 by which to complete the ADR process in this matter.

It is so ordered.

Dated: 11/22/10

_____
Hon. Richard Seeborg
United States District Judge

-2-
Stipulation and Order Extending ADR Process Completion Date                    Case No. C 10-01942 RS