1  LAW OFFICES OF JEREMY PASTERNAK
   JEREMY PASTERNAK (181618)
2  (cm@pasternaklaw.com)
   ANTHONY OCEGUERA (259117)
3  (ao@pasternaklaw.com)
   445 Bush St., Sixth Floor
4  San Francisco, CA 94108
   Telephone:  (415) 693-0300
5  Facsimile:  (415) 693-0393

6  Attorneys for Plaintiff Lourdes Hammer

7  COOLEY LLP
   SETH A. RAFKIN (199166)
8  (srafkin@cooley.com)
   KRAIG D. JENNETT (261019)
9  (kjennett@cooley.com)
   4401 Eastgate Mall
10 San Diego, CA  92121
   Telephone:  (858) 550-6000
11 Facsimile:  (858) 550-6420

12 Attorneys for Defendants
   CA, Inc.; Computer Associates International, Inc.
13

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18 | Lourdes Hammer, | Case No.  3:10-cv-01942-RS
19 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DATE BY WHICH TO COMPLETE ADR PROCESS**
20 | v. |
21 | Computer Associates International, Inc., a Delaware Corporation; CA, Inc., a business entity form unknown; and Does 1 through 20, inclusive, | Judge:  Honorable Richard Seeborg
                                                                                                                                                   Courtroom:  3
23 |  |
24 | Defendants. |

**STIPULATION AND ORDER EXTENDING ADR PROCESS COMPLETION DATE**         1.                                    **3:10-CV-01942-RS**
699789 v1/SD

1   The parties, Plaintiff Lourdes Hammer and Defendants CA, Inc. and Computer Associates
2   International, Inc., through their respective counsel, hereby stipulate as follows:

3   WHEREAS, this Court originally ordered that an ADR session be completed in this
4   matter by November 24, 2010;

5   WHEREAS, due to commitments of the parties, their counsel, and Barbara S. Bryant, the
6   Mediator assigned to this case, the parties requested, and the Court granted an extension to
7   conduct the mediation session on January 25, 2011;

8   WHEREAS, due to commitments of the Defendants, and scheduling conflicts of their
9   counsel caused by a trial continuance in another matter, a new mediation date has been set for
10  February 15, 2011;

11  WHEREAS, all parties, their representatives, counsel, and Ms. Bryant are available on
12  such date and no prior date would accommodate all schedules; and

13  THEREFORE, the parties collectively request that the Court issue an Order extending the
14  date by which to hold an ADR process to and including February 15, 2011.

Dated: January 21, 2011                LAW OFFICES OF JEREMY PASTERNAK
                                       JEREMY PASTERNAK (181618)
                                       ANTHONY OCEGUERA (259117)

                                       /s *Jeremy Pasternak*
                                       Jeremy Pasternak (181618)

                                       Attorneys for Plaintiff Lourdes Hammer

Dated: January 21, 2011                COOLEY LLP
                                       SETH A. RAFKIN (199166)
                                       KRAIG D. JENNETT (261019)

                                       /s *Kraig Jennett*
                                       Kraig D. Jennett (261019)

                                       Attorneys for Defendant CA, Inc.

STIPULATION AND ORDER EXTENDING
ADR PROCESS COMPLETION DATE            2.                          3:10-CV-01942-RS
699789 v1/SD

## ORDER

Pursuant to the parties' stipulation above and good cause otherwise appearing, the Court orders that the parties may have to and including February 15, 2011 by which to complete the ADR process in this matter.

It is so ordered.

Dated: 1/21/11

_____
Hon. Richard Seeborg
United States District Judge