1 | Jeremy Pasternak (SBN 181618)
2 | Anthony Oceguera (SBN 259117)
  | LAW OFFICES OF JEREMY PASTERNAK
3 | 445 Bush St., Sixth Floor
  | San Francisco, Ca 94108
4 | Telephone: (415) 693-0300
  | Fax: (415) 693-0393
5 | jdp@pasternaklaw.com
  | ao@pasternaklaw.com

6 | Attorneys for Plaintiff
  | LOURDES HAMMER
7 |
  | COOLEY LLP
8 | SETH A. RAFKIN (199166)
  | (sfrakin@cooley.com)
9 | KRAIG D. JENNETT (261019)
  | (kjennett@cooley.com)
10 | 4401 Eastgate Mall
   | San Diego, CA 92121
11 | Telephone:  (858) 550-6000
   | Facsimile:  (858) 550-6240
12 |
   | Attorneys for Defendants
13 | CA, Inc. and Computer Associates International, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES HAMMER, an individual, | Case No. C 10-01942 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CASE NO. C 10-01942 RS AND ALL DEFENDANTS, WITH PREJUDICE** |
| v. | |
| COMPUTER ASSOCIATES INTERNATIONAL, INC., a Delaware Corporation; CA INC., a business entity form unknown; and Does 1 through 20, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by Plaintiff, LOURDES HAMMER, and Defendants, COMPUTER ASSOCIATES INTERNATIONAL, INC. and CA INC., ("Defendants") by and

through their designated counsel of record that Defendants, the Doe Defendants, and the entire action hereby shall be dismissed WITH PREJUDICE pursuant to FRCP 41.

DATED: April 20, 2011                                COOLEY LLP

                                                     By /s/ Kraig D. Jennett
                                                        SETH A. RAFKIN
                                                        KRAIG D. JENNETT
                                                        Attorneys for Defendants
                                                        CA, INC. AND COMPUTER
                                                        ASSOCIATES INTERNATIONAL,
                                                        INC.

DATED: April 20, 2011                                LAW OFFICES OF JEREMY PASTERNAK

                                                     By /s/ Jeremy Pasternak
                                                        JEREMY PASTERNAK
                                                        ANTHONY OCEGUERA
                                                        Attorneys For Plaintiff
                                                        LOURDES HAMMER

**ORDER**

It is so ordered.

Dated: 4/21/11                                       _____
                                                     Hon. Richard Seeborg
                                                     United States District Judge

Stipulation and Order re Dismissal                                              Case No. C 10-01942 RS

-2-